1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Norma_Aguilar@fd.org

5 Attorneys for Mr. Amparo-Ceja

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08MJ1695 |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| ERNESTO AMPARO-CEJA, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 3, 2008     */s/ Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Amparo-Ceja
Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 3, 2008                    /s/ *Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: Norma_Aguilar@fd.org