UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Ernesto Amparo Ceja ) <br> ) <br> Defendant(s) ) <br> _____) | CRIMINAL NO. 08mj1695 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

**CATHY ANN BENCIVENGO**

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Luis Miguel Medina-Soto

DATED: 6/11/2008

RECEIVED 2008 JUN 11 AM 9:33
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____
          DUSM

**CATHY ANN BENCIVENGO**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by /s/ K. Hammerly
           Deputy Clerk
   K. HAMMERLY

CLERK'S OFFICE COPY                     ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95